PENROD C. MORTON, Respondent, v. JAMES MORTON, Appellant.—

1144

Christ, Acting P. J., Brennan, Hopkins and Munder, JJ., concur.